# Third District Court of Appeal
## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1092
Lower Tribunal No. 14-2354 CC
_____

**MGA Insurance Company, Inc.,**
Appellant,

vs.

**Advanced Health & Wellness, Inc., a/a/o Esdras Cux,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Patricia Marino Pedraza, Judge.

Dutton Law Group, P.A., and Rebecca Delaney and Scott W. Dutton and Anthony L. Tolgyesi (Tampa), for appellant.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellee.


Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Mercury Indem. Co. of Am. v. Pan Am Diagnostic of

Orlando, a/a/o Joceline Pierrilus, No. 3D22-161, 2023 WL 3855482 (Fla. 3d

DCA Jun. 7, 2023).